UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00069-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS GUILLERMO VICTORIA-GARCIA,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion Under U.S.S.G. 3E1.1(b) for 1-Level Reduction in Defendant's Offense Level for Acceptance of Responsibility [doc. #30], filed June 11, 2010, is **GRANTED.** It is further

ORDERED that defendant be granted an additional one-level decrease in the offense level.

Dated this 15th day of June, 2010.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE